1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA VARELAS, ET AL., ) | Case No. 5:11-CV-06181 EJD |
| ) | |
| Plaintiff(s), ) | **ORDER RE: JOINT CASE** |
| ) | **MANAGEMENT STATEMENT** |
| v. ) | |
| ) | |
| AMBER CARDENAS, ET AL., ) | |
| Defendant(s). ) | |
| ) | |
| ) | |
| ) | |

In anticipation of the Case Management Conference scheduled for March 30, 2012, the parties filed a Joint Case Management Statement (see Docket Item No. 11).

In its current form, the Joint Statement submitted by the parties does not comply with the court's currently-effective Standing Order as it does not propose actual deadlines. See Standing Order re: Contents of Joint Case Management Statement, at § 17. Accordingly, IT IS HEREBY ORDERED that **no later than noon on Wednesday, March 28, 2012**, the parties shall file an Amended Joint Case Management Statement which complies with the Standing Order's section entitled "Scheduling."

**IT IS SO ORDERED.**

Dated: March 26, 2012

_____
EDWARD J. DAVILA
United States District Judge

Case No. 5:11-CV-06181 EJD
ORDER RE: JOINT CASE MANAGEMENT STATEMENT