UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA VARELAS, ET AL., ) <br> ) <br> Plaintiff(s), ) <br> v. ) <br> ) <br> AMBER CARDENAS, ET AL., ) <br> Defendant(s). ) <br> ) <br> ) <br> ) | Case No. 5:11-CV-06181 EJD <br><br> **ORDER RE: JOINT CASE MANAGEMENT STATEMENT** |

In anticipation of the Case Management Conference scheduled for March 30, 2012, the parties filed a Joint Case Management Statement (see Docket Item No. 11).

In its current form, the Joint Statement submitted by the parties does not comply with the court's currently-effective Standing Order as it does not propose actual deadlines. See Standing Order re: Contents of Joint Case Management Statement, at § 17.  Accordingly, IT IS HEREBY ORDERED that **no later than noon on Wednesday, March 28, 2012**, the parties shall file an Amended Joint Case Management Statement which complies with the Standing Order's section entitled "Scheduling."

**IT IS SO ORDERED.**

Dated: March 26, 2012

EDWARD J. DAVILA
United States District Judge

Case No. 5:11-CV-06181 EJD
ORDER RE: JOINT CASE MANAGEMENT STATEMENT