UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

GLORIA VARELAS, et al.,
    Plaintiffs,

No. C 11-6181 EJD

v.

CALIFORNIA HIGHWAY PATROL, et al.,
    Defendants.
_____/

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    October 12, 2012
Mediator:    Randolph Hall

    Before the court are requests to excuse defendant California Highway Patrol's client representative, Peter Kalinsky, and defendant Amber Cardenas from personal attendance at the October 12, 2012, mediation before Randolph Hall. Having considered the requests, the court GRANTS Mr. Kalinsky's request to be excused from personal attendance, provided that he is available at all times to participate telephonically in the mediation in accordance with ADR 6-10(f). Ms. Cardenas's request to be excused from participating or participating telephonically is DENIED, and she shall appear in person at the session. Given that she is on maternity leave, Ms. Cardenas may bring her child with her to the session if she chooses, and the mediator is empowered to excuse Ms. Cardenas, as soon as he determines that her participation is no longer necessary.

    IT IS SO ORDERED.

October 2, 2012        By: _____
Dated                                        Elizabeth D. Laporte
                                              United States Magistrate Judge