1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

## Oakland Division

GLORIA VARELAS, et al.,
        Plaintiffs,

v.

CALIFORNIA HIGHWAY PATROL, et al.,
        Defendants.

_____/

No. C 11-6181 EJD

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:                    October 12, 2012
Mediator:            Randolph Hall

Before the court are requests to excuse defendant California Highway Patrol's client representative, Peter Kalinsky, and defendant Amber Cardenas from personal attendance at the October 12, 2012, mediation before Randolph Hall.  Having considered the requests, the court GRANTS Mr. Kalinsky's request to be excused from personal attendance, provided that he is available at all times to participate telephonically in the mediation in accordance with ADR 6-10(f). Ms. Cardenas's request to be excused from participating or participating telephonically is DENIED, and she shall appear in person at the session.  Given that she is on maternity leave, Ms. Cardenas may bring her child with her to the session if she chooses, and the mediator is empowered to excuse Ms. Cardenas, as soon as he determines that her participation is no longer necessary.

IT IS SO ORDERED.

October 2, 2012                          By:        _Elizabeth D. Laporte_

Dated                                                        Elizabeth D. Laporte
                                                        United States Magistrate Judge