UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| GLORIA VARELAS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, ET AL.., <br><br> Defendants. | Case No.: 5:11-CV-06181-EJD <br><br> **ORDER TO SHOW CAUSE** |

On November 4, 2011 Plaintiffs Gloria Varelas, Corina Leal-Reza, Victor Chula, Anayeli Gutierrez, Jerry Reza, Corina Reza and Maria Reza (collectively, "Plaintiffs") filed a lawsuit in Santa Clara County Superior Court against Defendants California Highway Patrol and Jose Antonio Hernandez, Jr. ("Defendants") alleging claims for wrongful death and survival arising out of a September 2010 traffic stop, car chase, and accident which resulted in the deaths of Plaintiffs' relatives Jose DeJesus Varelas and Vicente Reza III. See Dkt. No. 1-1. The case was removed to the Northern District of California and assigned to the undersigned on December 15, 2011. See Dkt. Nos. 1 and 6. Defendants filed a Motion for Partial Judgment on the Pleadings, or in the alternative, Motion for Summary Adjudication on March 19, 2013. Dkt. No. 25. Plaintiffs' response to this motion was due on April 2, 2013 and Defendants' reply was due on April 9, 2013. To date, neither the Plaintiffs nor the Defendants have submitted their respective briefing.

1

1  Accordingly, the court hereby issues an order to show cause why the court should not grant
2  the relief requested in Defendants' Motion for Partial Judgment on the Pleadings. If, **by July 12,**
3  **2013**, Plaintiffs do not demonstrate good cause for their failure to file an opposition to the motion
4  and simultaneously file a substantive opposition, the court will grant the relief requested by
5  Defendants. No hearing will be held on the order to show cause unless otherwise ordered by the
6  court.
7  Additionally, the hearing on Defendants' motion, currently set for this Friday, July 12,
8  2013, is hereby VACATED.

**IT IS SO ORDERED**

Dated: July 9, 2013

_____
EDWARD J. DAVILA
United States District Judge

2

Case No.: 5:11-CV-06181-EJD
ORDER TO SHOW CAUSE