IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA VARELAS, et. al., | CASE NO. 5:11-cv-06181 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE; REMANDING CASE** |
| v. | |
| JOSE ANTONIO HERNANDEZ, JR., et. al., | |
| Defendant(s). | |

On December 7, 2011, Defendants California Highway Patrol, Amber Cardenas and Ryan Nelson (the "State Defendants") removed the above-entitled case from Santa Clara County Superior Court this court pursuant to 28 U.S.C. § 1331 based on two causes of action contained in Plaintiffs' Complaint, each of which asserted violations of the 14th Amendment and 42 U.S.C. § 1983. See Docket Item No. 1. These causes of action have since been dismissed, along with the State Defendants. See Docket Item No. 39.

This action now presents only state law claims against the one remaining defendant, Jose Antonio Hernandez, Jr.. The court declines to exercise continuing jurisdiction pursuant to 28 U.S.C. § 1367(c)(3). Accordingly, the remainder of this case is REMANDED to Santa Clara County Superior Court. All hearings and deadlines, including the Case Management Conference scheduled for August 16, 2013, are VACATED. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August 15, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-06181 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE; REMANDING CASE